UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

EDWARD T. GRAHAM,

                Plaintiff,

vs.

CINGULAR WIRELESS LLC,

                Defendant.

C05-1810 JPD

**MINUTE ORDER**

     The above referenced case has been initially assigned to the Honorable James P. Donohue, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

     On November 1, 2005, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Donohue for all purposes was filed by the Clerk of Court. The parties were advised they had until December 13, 2005, to consent, if they wished. By Order dated December 2, 2005 (dkt #7), the date to advise the Court of consent or reassignment was extended to January 3, 2006.

     In the interim, a Motion to Dismiss has been filed and noted for January 6, 2006. Accordingly, the date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, U.S. Magistrate Judge, is hereby reset to <u>Thursday, December 22, 2005.</u> Should the

1  parties decide earlier than December 22nd to consent or decline, deputy clerk Peter H.
2  Voelker may be notified at (206) 30-8422, or by fax at (206) 370-8425.  The decision
3  regarding to consent or to decline is not to be filed electronically or forwarded in any
4  form to the chambers of Judge Donohue.
5       In the event the parties (or any party) choose not to consent, the case will be
6  reassigned to a District Judge.

9                               Dated this 12th day of December 2005

11                              Bruce Rifkin
                                Clerk of Court

13                              by:  /s/  PETER H. VOELKER
                                     Peter H. Voelker, Deputy Clerk