1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

EDWARD T. ("TY") GRAHAM,

Plaintiff,

vs.

CINGULAR WIRELESS LLC,

Defendant.

C05-1810 JLR

**MINUTE ORDER**

**REASSIGNING CASE**

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable James L. Robart, United States District Judge.

All future documents filed in this case must bear the cause number C05-1810 JLR and bear the Judge's name in the upper right hand corner of the document.

Dated this 15th day of December, 2005

BRUCE RIFKIN
Clerk of Court

by: /s/  PETER H. VOELKER
        Peter H. Voelker, Deputy Clerk